IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DWIGHT L. TUCKER, | ) | 8:11CV445 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON APPLICATION** |
| ROBERT HOUSTON, Director, and | ) | **TO PROCEED IN DISTRICT** |
| FRED BRITTEN, Warden, | ) | **COURT WITHOUT PREPAYING** |
| | ) | **FEES OR COSTS** |
| Respondents. | ) | |

The Petitioner Dwight L. Tucker ("Tucker") has filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254 (filing no. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (filing no. 2).

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). However, pursuant to 28 U.S.C. § 1915(a)(1)-(2), and after considering Tucker's financial status as shown in the records of this court, provisional leave to proceed in forma pauperis will be granted and Tucker is relieved from paying the fee at this time.

IT IS THEREFORE ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (filing no. 2) is provisionally granted and Tucker will not be required to pay the $5.00 fee at this time.

Dated January 10, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge