IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DWIGHT L. TUCKER, | ) | 8:11CV445 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON MOTION FOR** |
| ROBERT HOUSTON, Director, and | ) | **EXTENSION OF TIME** |
| FRED BRITTEN, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before me on Dwight L. Tucker's Motion for Extension of Time (Filing No. 19.) in which he asks for an extension of 120 days to file a brief in opposition to the Brief in Support of Respondents' Answer. (*Id*.) By text order on March 15, 2012, I had given Tucker an extension of time until April 16, 2012, to file a brief in opposition (*See* Filing No. 18.) and now I will extend that deadline. Accordingly,

IT IS THEREFORE ORDERED that Tucker's Motion for Extension of Time (filing no. 19) is granted in part and Tucker shall have until August 3, 2012, to file a brief in opposition to the Brief in Support of Respondents' Answer.

Dated April 3, 2012.

                BY THE COURT

                s/ Warren K. Urbom
                United States Senior District Judge