IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DWIGHT L. TUCKER, | ) | 8:11CV445 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON MOTION TO STAY** |
| ROBERT HOUSTON, et al., | ) | **PENDING EXHAUSTION ON STATE** |
| | ) | **REMEDIES** |
| Respondents. | ) | |

    This matter is before me on the Motion to Stay Pending Exhaustion on State Remedies, filed by the petitioner, Dwight L. Tucker. (Filing No. 21.) Tucker asks me to stay this matter so that he may exhaust his state remedies. (*Id*.) The respondents object, stating that Tucker's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody is not a mixed petition containing exhausted and unexhausted claims and there are no state court remedies available for Tucker to relitigate his claims. (Filing No. 22 at CM/ECF pp. 1-2.) Tucker's motion to stay has been carefully reviewed and I conclude that there is no basis upon which to grant a stay.

    IT IS THEREFORE ORDERED that:

1.    Tucker's Motion to Stay Pending Exhaustion of State Remedies (filing no. 21) is denied; and

2.    the respondents' Objection to Stay (filing no. 22) is sustained.

Dated April 30, 2012.

                                      BY THE COURT

                                      Warren K. Urbom
                                      United States Senior District Judge